Recommended Sentence for: _Car los Stargisbilinski_     General - Fine

**17-TK-0369**

It is the ORDER of the Court that:

1. Defendant be placed on unsupervised probation for a term of __1__ month(s)/year(s); beginning 10/14/17

2. Pursuant to 18 U.S.C. §§ 3561 through 3563, defendant shall comply with the following conditions during the period of probation;

   a. Defendant shall not commit another Federal, State or local crime; [§ 3563(a)(1)]

   b. Defendant shall not unlawfully possess a controlled substance; [§ 3563(a)(3)]

   c. The requirement that defendant be subject to drug testing will be suspended; [§ 3563(a)(5)]

   d. Defendant shall pay the assessment(s) of $ _10_ imposed in accordance with 18 United States Code Section 3013; [§ 3563(a)(6)]

   e. Defendant shall pay the CVB processing fee OF $25.00; _30.00_

   f. Defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the special assessment, CVB processing fee or fine; [§ 3563(a)(7)] and

   g. Defendant shall _stay out of the Santa Monica_ _Mountains↑Recreation Area except to traverse_ [§ 3563(b)(22)] ↑National _on public roads._

3. Defendant shall pay a fine of $ _200_.

   If requested by the United States Attorney's Office, the court may issue a warrant for defendant's arrest, and after a hearing, the court may revoke probation or modify the term or conditions of defendant's probation upon a finding that defendant violated any of the conditions herein specified.

   The relevant standard conditions of probation listed in General Order No. 05-02 have been set forth above and any other conditions of said Order shall not apply. The court finds that pursuant to 18 U.S.C. § 3601, defendant does not have to report to the United States Probation Office to register nor shall the United States Probation Office supervise defendant.

   The United States Attorney's Office shall give defendant a copy of this order and defendant shall sign a copy acknowledging receipt thereof.

Dated: _2/4/18_

_____
UNITED STATES MAGISTRATE JUDGE  WILNER

Dated: _2.21.2018_

_____
DEFENDANT

July 2005

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 6450369 | CRISHOP | S43 |

CVB Location Code: CC84

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1/4/17 @ 750 | 36 CFR 2.15(a) 2 |

Place of Offense: STAL GIS Rench in SMNC

Offense Description: Factual Basis for Charge: Failure to Leash pet

**DEFENDANT INFORMATION**  Phone: (805) 341-3708

| Last Name | First Name | M.I. |
|---|---|---|
| Strausbruk | Carlos | O |

Address: 24877 West Haven DR

| City | State | Zip Code |
|---|---|---|
| Stevenson Ranch | CA | 91381 |

| D.L. No. 7254243 | CDL ☐ | D.L. State CA | Social Security No. |
|---|---|---|---|

| Date of Birth (mm/dd/yyyy) | Sex ☒ Male ☐ Female | Height 5'4" | Weight 180 | Eyes BRO | Hair BRO |
|---|---|---|---|---|---|
| 11/24/1958 | | | | | |

☐ Juvenile

Phone: 908 400 4263  1/4/17 785508

**VEHICLE**  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

☐ A  IF BOX A IS CHECKED, YOU **MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

☐ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW **OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ _____

| | |
|---|---|
| $ | Forfeiture Amount |
| + $30 | Processing Fee |
| $ | Total Collateral Due |

**YOUR COURT DATE**

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|

X _____ Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

1 of 3

G

One year unsupervised probation

S/A $ 10.00  $200
P/F $ 30.00

F $200.00

$240.00

---

CVB SCAN

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____ 20 ____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/17
Date (mm/dd/yyyy)  Officer's Signature  CRISHOP S43

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/22, 2017
Date (mm/dd/yyyy)  U.S. Magistrate Judge

ordb  order

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

6450369

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 14th, 2017 while exercising my duties as a law enforcement officer in the Central District of California
I was on patrol in official NPS uniform and defensive gear and a clearly marked agency vehicle on federal property known as Peter Strauss Ranch, when I saw a man, later identified as Carlos O. STALGISBILINSKI throwing a stick for a black and white border collie dog off leash to retrieve. I approached the man and told him his dog needed to be on a leash. He called the dog, Richie, to his side and began leashing the animal. I asked him for his name. He refused, saying "I don't have to give you my name." I told him it was a law, and he gave me a false name, Carlos Laninham with a DOB. A later radio check through Angeles Dispatch of the name and DOB returned no match, a false identification.
I saw the man on October 19th, 2017 and he faled to ID himself again. I arrested him and ultimately IDed him. He was issued three mandatory appearance violation notices.
VieVu video of both contacts exists
Irmars NP17184459

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _10/20/17_ _[signature]_ _S43_
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6450369 | RISHOP | CC04 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| | X CFR  54.3 |

(Rev. 09/2015)                     Original - CVB Copy

X Defendant Signature _[signature]_

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.